UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BETTELYOUN,<br><br>Defendant. | 3:24-CR-30088-ECS<br>3:18-CR-30154-ECS<br><br>ORDER DENYING MOTION TO REDUCE SENTENCE |

Pending before the Court is Defendant Michael Bettelyoun's motion requesting a reduction in his sentence. Doc. 33 in 3:24-CR-30088; Doc 105 in 3:18-CR-30154. Bettelyoun was convicted of being a Prohibited Person in Possession of a Firearm. Doc. 31 in 3:24-CR-30088. He was sentenced by this Court on May 27, 2025, to 24 months imprisonment in 3:24-CR-30088, with this sentence to run concurrently with a sentence of 18 months for violations of conditions of supervised release in 3:18-CR-30154. The sentence imposed by the Court was below the federal sentencing guidelines, which provided an advisory range of between 37-46 months in custody. Doc. 28 at 16, PSR ¶ 77 in 3:24-CR-30088. It is the Courts' understanding that Bettelyoun's projected release date is July 18, 2026.

Bettelyoun's motion asks the Court to ascertain whether "Amendment 821" would qualify him for a sentence reduction. The Court has reviewed the authority cited by Bettelyoun, and Amendment 821 does not provide an avenue to further reduce his sentence. Amendment 821 modified U.S.S.G. § 4A1.1(e). The amendment was already in effect at the time Bettelyoun

was sentenced. It was taken into account when the Court considered the advisory sentencing guidelines. Doc. 28 at 10, PSR ¶ 34 in 3:24-CR-30088. Accordingly, it does not provide a means to reduce Bettelyoun's sentence now.

The Court ultimately granted Bettelyoun's motion to vary downward from the sentencing guidelines when it imposed a sentence of 24 months. This resulted in a sentence that was 13 months below the low-end of the guideline range of 37 months. Amendment 821 does not provide an avenue to further reduce the sentence imposed by the Court. Accordingly, it is

ORDERED that Bettelyoun's motion requesting a reduction in sentence, Doc. 105 in case 3:18-CR-30154 and Doc. 33 in case 3:24-CR-30088, is denied.

DATED this 1st day of December, 2025.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE